IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No.  CR 1:16-02697-JCH |
| § | |
| KEITH LEODIS THOMPSON, § | |
| § | |
| Defendant. § | |

### DEFENDANT'S UNOPPOSED MOTION TO DISMISS
### PETITION AND TO CONTINUE HIS SUPERVISED RELEASE

Defendant Keith Leodis Thompson, through counsel, moves the court to dismiss the Petition for Revocation of Supervised Release (Doc. 95) filed in this case on March 17, 2023. This request is not opposed by either the government or probation. As grounds for this request, Mr. Thompson states the following:

1. Probation filed a petition to revoke Mr. Thompson's supervised release on March 17, 2023, alleging that he had violated the special condition of his supervised release that he not use or possess alcohol. (Doc. 95).  Mr. Thompson was alleged to have committed this violation in connection with a DWI charge filed in New Mexico state court. *See* New Mexico v. Keith Thompson, T-4-DW-2023-480.

2. Mr. Thompson has been out of custody and subject to conditions of release imposed by both the federal and state courts since March 24, 2023. Since his release, Mr. Thompson has maintained employment and attended counseling. He has been subject to random drug testing, and all of those tests have been negative for drugs and alcohol.

3. On September 8, 2023, Mr. Thompson was acquitted of the DWI charge in

state court. As a result of that acquittal, and in light of Mr. Thompson's compliance with his conditions of release in the nearly eight months since the filing of the Petition for Revocation of Supervised Release, United States Probation, through PO Benjamin Aragon is not opposed to the dismissal of the Petition for Revocation of Supervised Release. Mr. Thompson would continue his supervised release pursuant to the current conditions until June 24, 2024.

4. The government, through AUSA Samuel Hurtado, is not opposed to this motion.

5. WHEREFORE, Mr. Thompson requests that the Court enter an order dismissing the Petition for Revocation of Supervised Release (Doc. 95) filed on March 17, 2023, and continuing his supervised release under the current conditions.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        111 Lomas Blvd., NW, Suite 501
        Albuquerque, NM 87102
        (505) 346-2489
        (505) 346-2494 Fax
        hans_erickson@fd.org

        */s/ Electronically filed on 11/20/23*
        HANS P. ERICKSON, AFPD
        Attorney for Keith Leodis Thompson