IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
v. §          No.   CR 1:16-02697-JCH
§
KEITH LEODIS THOMPSON, §
§
Defendant. §

## ORDER DISMISSING PETITION TO REVOKE SUPERVISION

**THIS MATTER** is before the Court on Mr. Thompson's Unopposed Motion to Dismiss Petition and to Continue His Supervised Release (Doc. 110), filed on November 20, 2023.   The Court, having reviewed the motion, and noting that the United States and the Probation Office do not oppose the motion, finds that the motion is well-taken and shall be GRANTED.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

The Petition for Revocation of Supervised Release (Doc. 95) filed March 17, 2023, is dismissed.

**IT IS FURTHER ORDERED**: Mr. Thompson shall remain on supervised released under the same conditions as previously imposed.

**IT IS SO ORDERED.**

_____
HONORABLE JUDITH C. HERRERA
SENIOR UNITED STATES DISTRICT JUDGE